# Exhibit A

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | | |
|---|---|---|---|
| TX 4-556-514 | TX 6-203-680 | V3560 D878 | VA 1-301-850 |
| TX 4-556-511 | TX 6-203-677 | V3569 D607 | VA 1-301-851 |
| TX 4-556-482 | TX 6-543-260 | V3569 D607 | VA 1-301-852 |
| TX 4-556-510 | TX 6-543-478 | V3569D607 | VA 1-307-983 |
| TX 4-556-475 | VA 996-673 | VA 1-201-268 | VA 1-307-984 |
| TX 4-556-541 | VA 1-085-670 | VA 1-201-268 | VA 1-307-985 |
| TX 4-812-575 | VA 1-177-241 | VA 1-201-269 | VA 1-307-986 |
| TX 4-813-355 | VA 1-230-966 | VA 1-202-771 | VA 1-308-089 |
| TX 4-812-793 | VA 1-289-549 | VA 1-207-270 | VA 1-308-090 |
| TX 4-813-026 | VA 1-289-550 | VA 1-208-244 | VA 1-308-136 |
| TX 4-812-972 | VA 1-289-701 | VA 1-208-275 | VA 1-308-137 |
| TX 4-813-344 | VA 1-289-809 | VA 1-208-295 | VA 1-308-138 |
| TX 4-813-338 | VA 1-308-085 | VA 1-221-373 | VA 1-313-231 |
| TX 4-813-390 | VA 1-308-126 | VA 1-230-967 | VA 1-321-521 |
| TX 5-172-229 | VA 1-308-128 | VA 1-231-092 | VA 1-321-522 |
| TX 5-201-630 | VA 1-313-176 | VA 1-231-093 | VA 1-321-523 |
| TX 5-217-598 | VA 1-337-645 | VA 1-289-551 | VA 1-321-524 |
| TX 5-328-427 | VA 1-351-877 | VA 1-289-552 | VA 1-321-525 |
| TX 5-328-528 | VA 1-359-323 | VA 1-289-553 | VA 1-321-527 |
| TX 5-328-636 | VA 1-377-136 | VA 1-289-554 | VA 1-337-644 |
| TX 5-488-941 | VA 1-377-240 | VA 1-289-555 | VA 1-337-664 |
| TX 5-488-942 | VA 1-394-707 | VA 1-289-556 | VA 1-340-262 |
| TX 5-451-806 | VA 1-407-570 | VA 1-289-557 | VA 1-341-527 |
| TX 5-452-020 | VA 1-410-598 | VA 1-289-566 | VA 1-345-740 |
| TX 5-452-132 | VA 1-422-627 | VA 1-289-569 | VA 1-345-743 |
| TX 5-452-254 | VA 987-612 | VA 1-289-570 | VA 1-345-745 |
| TX 5-452-489 | VA 1-026-167 | VA 1-289-571 | VA 1-345-747 |
| TX 5-802-012 | V3498 D888 | VA 1-289-573 | VA 1-347-289 |
| TX 5-802-272 | V3527 D778 | VA 1-289-576 | VA 1-356-951 |
| TX 5-802-273 | V3527 D778 | VA 1-289-577 | VA 1-356-952 |
| TX 5-910-170 | V3527 D779 | VA 1-289-578 | VA 1-369-768 |
| TX 5-910-171 | V3527 D779 | VA 1-289-580 | VA 1-377-135 |
| TX 6-058-397 | V3527D779 | VA 1-289-582 | VA 1-377-248 |
| TX 5-910-331 | V3532 D237 | VA 1-289-661 | VA 1-386-685 |
| TX 6-114-746 | V3532 D238 | VA 1-289-662 | VA 1-391-325 |
| TX 6-114-841 | V3532 D238 | VA 1-289-663 | VA 1-391-326 |
| TX 6-114-841 | V3537 D147 | VA 1-289-664 | VA 1-391-546 |
| TX 6-115-010 | V3537 D147 | VA 1-289-666 | VA 1-391-550 |
| TX 6-346-157 | V3560 D787 | VA 1-289-704 | VA 1-391-551 |
| TX 6-346-128 | V3560 D878 | VA 1-289-705 | VA 1-391-552 |

- 1 -

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | | |
|---|---|---|---|
| VA 1-392-589 | VA 1-397-076 | VA 1-428-519 | VA 1-428-560 |
| VA 1-392-590 | VA 1-397-077 | VA 1-428-520 | VA 1-428-561 |
| VA 1-392-864 | VA 1-397-963 | VA 1-428-521 | VA 1-428-562 |
| VA 1-393-373 | VA 1-401-161 | VA 1-428-522 | VA 1-428-564 |
| VA 1-394-067 | VA 1-401-162 | VA 1-428-523 | VA 1-428-565 |
| VA 1-396-363 | VA 1-410-409 | VA 1-428-524 | VA 1-428-566 |
| VA 1-396-364 | VA 1-424-074 | VA 1-428-525 | VA 1-428-567 |
| VA 1-396-367 | VA 1-425-191 | VA 1-428-526 | VA 1-428-596 |
| VA 1-396-368 | VA 1-426-141 | VA 1-428-527 | VA 1-428-730 |
| VA 1-396-369 | VA 1-426-142 | VA 1-428-528 | VA 1-428-731 |
| VA 1-396-370 | VA 1-426-143 | VA 1-428-529 | VA 1-428-732 |
| VA 1-396-375 | VA 1-426-144 | VA 1-428-530 | VA 1-428-733 |
| VA 1-396-376 | VA 1-426-145 | VA 1-428-531 | VA 1-428-734 |
| VA 1-396-377 | VA 1-426-146 | VA 1-428-533 | VA 1-428-736 |
| VA 1-396-379 | VA 1-426-147 | VA 1-428-534 | VA 1-428-738 |
| VA 1-396-383 | VA 1-426-148 | VA 1-428-535 | VA 1-428-740 |
| VA 1-396-384 | VA 1-426-149 | VA 1-428-536 | VA 1-428-741 |
| VA 1-396-390 | VA 1-426-150 | VA 1-428-537 | VA 1-428-742 |
| VA 1-396-393 | VA 1-426-151 | VA 1-428-538 | VA 1-428-743 |
| VA 1-396-394 | VA 1-426-288 | VA 1-428-539 | VA 1-428-744 |
| VA 1-396-396 | VA 1-426-289 | VA 1-428-540 | VA 1-428-745 |
| VA 1-396-397 | VA 1-426-290 | VA 1-428-541 | VA 1-428-746 |
| VA 1-397-049 | VA 1-426-291 | VA 1-428-542 | VA 1-428-751 |
| VA 1-397-050 | VA 1-426-292 | VA 1-428-543 | VA 1-428-752 |
| VA 1-397-051 | VA 1-426-293 | VA 1-428-544 | VA 1-428-753 |
| VA 1-397-052 | VA 1-426-294 | VA 1-428-545 | VA 1-428-754 |
| VA 1-397-053 | VA 1-428-251 | VA 1-428-546 | VA 1-428-755 |
| VA 1-397-054 | VA 1-428-506 | VA 1-428-547 | VA 1-428-756 |
| VA 1-397-055 | VA 1-428-507 | VA 1-428-548 | VA 1-428-757 |
| VA 1-397-056 | VA 1-428-508 | VA 1-428-549 | VA 1-428-758 |
| VA 1-397-057 | VA 1-428-509 | VA 1-428-550 | VA 1-428-759 |
| VA 1-397-058 | VA 1-428-510 | VA 1-428-551 | VA 1-428-760 |
| VA 1-397-059 | VA 1-428-511 | VA 1-428-552 | VA 1-428-761 |
| VA 1-397-060 | VA 1-428-512 | VA 1-428-553 | VA 1-428-763 |
| VA 1-397-061 | VA 1-428-513 | VA 1-428-554 | VA 1-428-764 |
| VA 1-397-062 | VA 1-428-514 | VA 1-428-555 | VA 1-428-765 |
| VA 1-397-064 | VA 1-428-515 | VA 1-428-556 | VA 1-428-766 |
| VA 1-397-070 | VA 1-428-516 | VA 1-428-557 | VA 1-428-767 |
| VA 1-397-071 | VA 1-428-517 | VA 1-428-558 | VA 1-428-768 |
| VA 1-397-075 | VA 1-428-518 | VA 1-428-559 | VA 1-428-769 |

**PERFECT 10'S COPYRIGHT REGISTRATIONS**

| | | | |
|---|---|---|---|
| VA 1-428-770 | VA 1-429-185 | VA 1-429-232 | VA 1-429-275 |
| VA 1-428-772 | VA 1-429-186 | VA 1-429-234 | VA 1-429-276 |
| VA 1-428-773 | VA 1-429-190 | VA 1-429-235 | VA 1-429-277 |
| VA 1-428-774 | VA 1-429-191 | VA 1-429-236 | VA 1-429-279 |
| VA 1-428-775 | VA 1-429-192 | VA 1-429-237 | VA 1-429-280 |
| VA 1-429-008 | VA 1-429-194 | VA 1-429-238 | VA 1-429-282 |
| VA 1-429-009 | VA 1-429-195 | VA 1-429-239 | VA 1-429-283 |
| VA 1-429-010 | VA 1-429-196 | VA 1-429-240 | VA 1-429-441 |
| VA 1-429-012 | VA 1-429-198 | VA 1-429-241 | VA 1-429-442 |
| VA 1-429-016 | VA 1-429-200 | VA 1-429-242 | VA 1-429-443 |
| VA 1-429-017 | VA 1-429-201 | VA 1-429-243 | VA 1-429-444 |
| VA 1-429-018 | VA 1-429-202 | VA 1-429-244 | VA 1-429-445 |
| VA 1-429-020 | VA 1-429-203 | VA 1-429-245 | VA 1-429-446 |
| VA 1-429-024 | VA 1-429-204 | VA 1-429-246 | VA 1-429-447 |
| VA 1-429-027 | VA 1-429-205 | VA 1-429-247 | VA 1-429-448 |
| VA 1-429-028 | VA 1-429-206 | VA 1-429-248 | VA 1-429-449 |
| VA 1-429-160 | VA 1-429-207 | VA 1-429-249 | VA 1-429-453 |
| VA 1-429-161 | VA 1-429-208 | VA 1-429-250 | VA 1-429-454 |
| VA 1-429-162 | VA 1-429-209 | VA 1-429-252 | VA 1-429-455 |
| VA 1-429-163 | VA 1-429-210 | VA 1-429-253 | VA 1-429-456 |
| VA 1-429-164 | VA 1-429-211 | VA 1-429-254 | VA 1-429-457 |
| VA 1-429-165 | VA 1-429-212 | VA 1-429-255 | VA 1-429-458 |
| VA 1-429-166 | VA 1-429-213 | VA 1-429-256 | VA 1-429-459 |
| VA 1-429-167 | VA 1-429-214 | VA 1-429-257 | VA 1-429-460 |
| VA 1-429-168 | VA 1-429-215 | VA 1-429-258 | VA 1-429-461 |
| VA 1-429-170 | VA 1-429-216 | VA 1-429-259 | VA 1-429-462 |
| VA 1-429-171 | VA 1-429-217 | VA 1-429-260 | VA 1-429-464 |
| VA 1-429-172 | VA 1-429-218 | VA 1-429-261 | VA 1-429-465 |
| VA 1-429-173 | VA 1-429-219 | VA 1-429-262 | VA 1-429-466 |
| VA 1-429-174 | VA 1-429-220 | VA 1-429-263 | VA 1-429-467 |
| VA 1-429-175 | VA 1-429-222 | VA 1-429-265 | VA 1-429-468 |
| VA 1-429-176 | VA 1-429-223 | VA 1-429-266 | VA 1-429-469 |
| VA 1-429-177 | VA 1-429-224 | VA 1-429-267 | VA 1-429-470 |
| VA 1-429-178 | VA 1-429-225 | VA 1-429-268 | VA 1-429-471 |
| VA 1-429-179 | VA 1-429-226 | VA 1-429-269 | VA 1-429-472 |
| VA 1-429-180 | VA 1-429-227 | VA 1-429-270 | VA 1-429-473 |
| VA 1-429-181 | VA 1-429-228 | VA 1-429-271 | VA 1-429-474 |
| VA 1-429-182 | VA 1-429-229 | VA 1-429-272 | VA 1-429-475 |
| VA 1-429-183 | VA 1-429-230 | VA 1-429-273 | VA 1-429-476 |
| VA 1-429-184 | VA 1-429-231 | VA 1-429-274 | VA 1-429-477 |

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | | |
|---|---|---|---|
| VA 1-429-525 | VA 1-429-694 | VA 1-429-853 | VA 1-430-304 |
| VA 1-429-617 | VA 1-429-695 | VA 1-429-854 | VA 1-430-305 |
| VA 1-429-618 | VA 1-429-696 | VA 1-429-855 | VA 1-430-306 |
| VA 1-429-619 | VA 1-429-697 | VA 1-429-856 | VA 1-430-307 |
| VA 1-429-620 | VA 1-429-698 | VA 1-429-857 | VA 1-430-308 |
| VA 1-429-621 | VA 1-429-699 | VA 1-429-858 | VA 1-430-309 |
| VA 1-429-622 | VA 1-429-700 | VA 1-429-859 | VA 1-430-310 |
| VA 1-429-657 | VA 1-429-702 | VA 1-429-860 | VA 1-430-311 |
| VA 1-429-658 | VA 1-429-707 | VA 1-429-861 | VA 1-430-312 |
| VA 1-429-659 | VA 1-429-708 | VA 1-429-862 | VA 1-430-313 |
| VA 1-429-660 | VA 1-429-712 | VA 1-429-863 | VA 1-430-314 |
| VA 1-429-661 | VA 1-429-713 | VA 1-429-864 | VA 1-430-315 |
| VA 1-429-662 | VA 1-429-714 | VA 1-429-865 | VA 1-430-316 |
| VA 1-429-663 | VA 1-429-716 | VA 1-429-866 | VA 1-430-317 |
| VA 1-429-664 | VA 1-429-717 | VA 1-429-867 | VA 1-430-318 |
| VA 1-429-666 | VA 1-429-718 | VA 1-429-868 | VA 1-430-319 |
| VA 1-429-668 | VA 1-429-719 | VA 1-429-924 | VA 1-430-320 |
| VA 1-429-669 | VA 1-429-720 | VA 1-429-952 | VA 1-430-321 |
| VA 1-429-671 | VA 1-429-721 | VA 1-429-953 | VA 1-430-322 |
| VA 1-429-672 | VA 1-429-722 | VA 1-429-954 | VA 1-430-323 |
| VA 1-429-673 | VA 1-429-723 | VA 1-429-955 | VA 1-430-487 |
| VA 1-429-674 | VA 1-429-727 | VA 1-429-956 | VA 1-430-578 |
| VA 1-429-675 | VA 1-429-728 | VA 1-430-008 | VA 1-430-579 |
| VA 1-429-676 | VA 1-429-730 | VA 1-430-010 | VA 1-430-580 |
| VA 1-429-677 | VA 1-429-731 | VA 1-430-011 | VA 1-430-581 |
| VA 1-429-678 | VA 1-429-732 | VA 1-430-012 | VA 1-430-583 |
| VA 1-429-679 | VA 1-429-733 | VA 1-430-013 | VA 1-430-607 |
| VA 1-429-681 | VA 1-429-734 | VA 1-430-291 | VA 1-430-608 |
| VA 1-429-682 | VA 1-429-735 | VA 1-430-292 | VA 1-430-609 |
| VA 1-429-683 | VA 1-429-736 | VA 1-430-293 | VA 1-430-610 |
| VA 1-429-684 | VA 1-429-737 | VA 1-430-294 | VA 1-430-611 |
| VA 1-429-685 | VA 1-429-738 | VA 1-430-295 | VA 1-430-621 |
| VA 1-429-686 | VA 1-429-739 | VA 1-430-296 | VA 1-430-635 |
| VA 1-429-687 | VA 1-429-740 | VA 1-430-297 | VA 1-430-637 |
| VA 1-429-688 | VA 1-429-741 | VA 1-430-298 | VA 1-430-638 |
| VA 1-429-689 | VA 1-429-75 | VA 1-430-299 | VA 1-430-650 |
| VA 1-429-690 | VA 1-429-849 | VA 1-430-300 | VA 1-430-651 |
| VA 1-429-691 | VA 1-429-850 | VA 1-430-301 | VA 1-430-652 |
| VA 1-429-692 | VA 1-429-851 | VA 1-430-302 | VA 1-430-653 |
| VA 1-429-693 | VA 1-429-852 | VA 1-430-303 | VA 1-430-655 |

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | | |
|---|---|---|---|
| VA 1-430-806 | VA 1-431-331 | VA 1-431-836 | VA 1-431-876 |
| VA 1-430-809 | VA 1-431-332 | VA 1-431-837 | VA 1-431-877 |
| VA 1-430-810 | VA 1-431-333 | VA 1-431-838 | VA 1-431-878 |
| VA 1-430-813 | VA 1-431-334 | VA 1-431-839 | VA 1-431-879 |
| VA 1-430-814 | VA 1-431-335 | VA 1-431-840 | VA 1-431-880 |
| VA 1-430-815 | VA 1-431-340 | VA 1-431-841 | VA 1-431-881 |
| VA 1-430-816 | VA 1-431-341 | VA 1-431-842 | VA 1-431-882 |
| VA 1-430-817 | VA 1-431-342 | VA 1-431-843 | VA 1-431-883 |
| VA 1-430-833 | VA 1-431-479 | VA 1-431-844 | VA 1-431-884 |
| VA 1-430-841 | VA 1-431-519 | VA 1-431-845 | VA 1-431-885 |
| VA 1-430-842 | VA 1-431-660 | VA 1-431-846 | VA 1-431-886 |
| VA 1-430-844 | VA 1-431-661 | VA 1-431-847 | VA 1-431-887 |
| VA 1-430-845 | VA 1-431-662 | VA 1-431-848 | VA 1-431-888 |
| VA 1-430-847 | VA 1-431-663 | VA 1-431-849 | VA 1-431-889 |
| VA 1-430-849 | VA 1-431-664 | VA 1-431-850 | VA 1-431-890 |
| VA 1-430-850 | VA 1-431-780 | VA 1-431-851 | VA 1-431-891 |
| VA 1-430-852 | VA 1-431-781 | VA 1-431-852 | VA 1-431-892 |
| VA 1-430-909 | VA 1-431-813 | VA 1-431-853 | VA 1-431-893 |
| VA 1-430-917 | VA 1-431-814 | VA 1-431-854 | VA 1-431-894 |
| VA 1-430-918 | VA 1-431-815 | VA 1-431-855 | VA 1-431-895 |
| VA 1-430-921 | VA 1-431-816 | VA 1-431-856 | VA 1-431-896 |
| VA 1-430-922 | VA 1-431-817 | VA 1-431-857 | VA 1-431-897 |
| VA 1-430-923 | VA 1-431-818 | VA 1-431-858 | VA 1-431-898 |
| VA 1-430-925 | VA 1-431-819 | VA 1-431-859 | VA 1-431-899 |
| VA 1-430-926 | VA 1-431-820 | VA 1-431-860 | VA 1-431-900 |
| VA 1-430-927 | VA 1-431-821 | VA 1-431-861 | VA 1-431-901 |
| VA 1-430-928 | VA 1-431-822 | VA 1-431-862 | VA 1-431-902 |
| VA 1-430-987 | VA 1-431-823 | VA 1-431-863 | VA 1-431-903 |
| VA 1-430-988 | VA 1-431-824 | VA 1-431-864 | VA 1-431-904 |
| VA 1-430-989 | VA 1-431-825 | VA 1-431-865 | VA 1-431-905 |
| VA 1-430-991 | VA 1-431-826 | VA 1-431-866 | VA 1-431-906 |
| VA 1-431-044 | VA 1-431-827 | VA 1-431-867 | VA 1-431-907 |
| VA 1-431-045 | VA 1-431-828 | VA 1-431-868 | VA 1-431-908 |
| VA 1-431-046 | VA 1-431-829 | VA 1-431-869 | VA 1-431-909 |
| VA 1-431-047 | VA 1-431-830 | VA 1-431-870 | VA 1-431-910 |
| VA 1-431-048 | VA 1-431-831 | VA 1-431-871 | VA 1-431-911 |
| VA 1-431-049 | VA 1-431-832 | VA 1-431-872 | VA 1-431-912 |
| VA 1-431-050 | VA 1-431-833 | VA 1-431-873 | VA 1-431-913 |
| VA 1-431-051 | VA 1-431-834 | VA 1-431-874 | VA 1-431-914 |
| VA 1-431-330 | VA 1-431-835 | VA 1-431-875 | VA 1-431-915 |

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | | |
|---|---|---|---|
| VA 1-431-916 | VA 1-431-956 | VA 1-431-996 | VA 1-432-105 |
| VA 1-431-917 | VA 1-431-957 | VA 1-431-997 | VA 1-432-106 |
| VA 1-431-918 | VA 1-431-958 | VA 1-431-998 | VA 1-432-107 |
| VA 1-431-919 | VA 1-431-959 | VA 1-431-999 | VA 1-432-108 |
| VA 1-431-920 | VA 1-431-960 | VA 1-432-000 | VA 1-432-109 |
| VA 1-431-921 | VA 1-431-961 | VA 1-432-001 | VA 1-432-110 |
| VA 1-431-922 | VA 1-431-962 | VA 1-432-002 | VA 1-432-111 |
| VA 1-431-923 | VA 1-431-963 | VA 1-432-003 | VA 1-432-112 |
| VA 1-431-924 | VA 1-431-964 | VA 1-432-004 | VA 1-432-113 |
| VA 1-431-925 | VA 1-431-965 | VA 1-432-005 | VA 1-432-114 |
| VA 1-431-926 | VA 1-431-966 | VA 1-432-006 | VA 1-432-115 |
| VA 1-431-927 | VA 1-431-967 | VA 1-432-007 | VA 1-432-116 |
| VA 1-431-928 | VA 1-431-968 | VA 1-432-077 | VA 1-432-117 |
| VA 1-431-929 | VA 1-431-969 | VA 1-432-078 | VA 1-432-118 |
| VA 1-431-930 | VA 1-431-970 | VA 1-432-079 | VA 1-432-119 |
| VA 1-431-931 | VA 1-431-971 | VA 1-432-080 | VA 1-432-120 |
| VA 1-431-932 | VA 1-431-972 | VA 1-432-081 | VA 1-432-121 |
| VA 1-431-933 | VA 1-431-973 | VA 1-432-082 | VA 1-432-122 |
| VA 1-431-934 | VA 1-431-974 | VA 1-432-083 | VA 1-432-123 |
| VA 1-431-935 | VA 1-431-975 | VA 1-432-084 | VA 1-432-124 |
| VA 1-431-936 | VA 1-431-976 | VA 1-432-085 | VA 1-432-125 |
| VA 1-431-937 | VA 1-431-977 | VA 1-432-086 | VA 1-432-126 |
| VA 1-431-938 | VA 1-431-978 | VA 1-432-087 | VA 1-432-127 |
| VA 1-431-939 | VA 1-431-979 | VA 1-432-088 | VA 1-432-128 |
| VA 1-431-940 | VA 1-431-980 | VA 1-432-089 | VA 1-432-129 |
| VA 1-431-941 | VA 1-431-981 | VA 1-432-090 | VA 1-432-130 |
| VA 1-431-942 | VA 1-431-982 | VA 1-432-091 | VA 1-432-133 |
| VA 1-431-943 | VA 1-431-983 | VA 1-432-092 | VA 1-432-134 |
| VA 1-431-944 | VA 1-431-984 | VA 1-432-093 | VA 1-432-135 |
| VA 1-431-945 | VA 1-431-985 | VA 1-432-094 | VA 1-432-136 |
| VA 1-431-946 | VA 1-431-986 | VA 1-432-095 | VA 1-432-137 |
| VA 1-431-947 | VA 1-431-987 | VA 1-432-096 | VA 1-432-138 |
| VA 1-431-948 | VA 1-431-988 | VA 1-432-097 | VA 1-432-139 |
| VA 1-431-949 | VA 1-431-989 | VA 1-432-098 | VA 1-432-140 |
| VA 1-431-950 | VA 1-431-990 | VA 1-432-099 | VA 1-432-141 |
| VA 1-431-951 | VA 1-431-991 | VA 1-432-100 | VA 1-432-142 |
| VA 1-431-952 | VA 1-431-992 | VA 1-432-101 | VA 1-432-143 |
| VA 1-431-953 | VA 1-431-993 | VA 1-432-102 | VA 1-432-144 |
| VA 1-431-954 | VA 1-431-994 | VA 1-432-103 | VA 1-432-145 |
| VA 1-431-955 | VA 1-431-995 | VA 1-432-104 | VA 1-432-146 |

## PERFECT 10'S COPYRIGHT REGISTRATIONS

| | | | |
|---|---|---|---|
| VA 1-432-147 | VA 1-432-196 | VA 1-432-263 | VA 1-432-707 |
| VA 1-432-148 | VA 1-432-197 | VA 1-432-264 | VA 1-432-708 |
| VA 1-432-149 | VA 1-432-198 | VA 1-432-265 | VA 1-432-710 |
| VA 1-432-150 | VA 1-432-199 | VA 1-432-266 | VA 1-432-711 |
| VA 1-432-151 | VA 1-432-200 | VA 1-432-270 | VA 1-432-966 |
| VA 1-432-152 | VA 1-432-201 | VA 1-432-271 | VA 1-432-967 |
| VA 1-432-153 | VA 1-432-202 | VA 1-432-272 | VA 1-432-968 |
| VA 1-432-154 | VA 1-432-203 | VA 1-432-273 | VA 1-432-969 |
| VA 1-432-155 | VA 1-432-204 | VA 1-432-274 | VA 1-432-970 |
| VA 1-432-156 | VA 1-432-205 | VA 1-432-275 | VA 1-432-971 |
| VA 1-432-157 | VA 1-432-206 | VA 1-432-276 | VA 1-432-972 |
| VA 1-432-158 | VA 1-432-207 | VA 1-432-277 | VA 1-432-973 |
| VA 1-432-159 | VA 1-432-208 | VA 1-432-278 | VA 1-432-974 |
| VA 1-432-160 | VA 1-432-209 | VA 1-432-279 | VA 1-432-976 |
| VA 1-432-161 | VA 1-432-210 | VA 1-432-280 | VA 1-432-977 |
| VA 1-432-162 | VA 1-432-211 | VA 1-432-281 | VA 1-432-978 |
| VA 1-432-163 | VA 1-432-212 | VA 1-432-282 | VA 1-432-980 |
| VA 1-432-164 | VA 1-432-213 | VA 1-432-283 | VA 1-432-981 |
| VA 1-432-165 | VA 1-432-214 | VA 1-432-284 | VA 1-432-982 |
| VA 1-432-166 | VA 1-432-215 | VA 1-432-522 | VA 1-432-983 |
| VA 1-432-167 | VA 1-432-216 | VA 1-432-523 | VA 1-432-985 |
| VA 1-432-168 | VA 1-432-217 | VA 1-432-524 | VA 1-432-986 |
| VA 1-432-169 | VA 1-432-218 | VA 1-432-525 | VA 1-432-987 |
| VA 1-432-170 | VA 1-432-219 | VA 1-432-528 | VA 1-432-988 |
| VA 1-432-171 | VA 1-432-220 | VA 1-432-529 | VA 1-432-989 |
| VA 1-432-172 | VA 1-432-221 | VA 1-432-530 | VA 1-432-990 |
| VA 1-432-173 | VA 1-432-222 | VA 1-432-531 | VA 1-432-991 |
| VA 1-432-174 | VA 1-432-223 | VA 1-432-532 | VA 1-432-992 |
| VA 1-432-175 | VA 1-432-224 | VA 1-432-533 | VA 1-432-993 |
| VA 1-432-176 | VA 1-432-225 | VA 1-432-534 | VA 1-432-994 |
| VA 1-432-186 | VA 1-432-226 | VA 1-432-543 | VA 1-432-995 |
| VA 1-432-187 | VA 1-432-242 | VA 1-432-544 | VA 1-432-996 |
| VA 1-432-188 | VA 1-432-243 | VA 1-432-546 | VA 1-432-997 |
| VA 1-432-189 | VA 1-432-256 | VA 1-432-547 | VA 1-432-999 |
| VA 1-432-190 | VA 1-432-257 | VA 1-432-548 | VA 1-433-000 |
| VA 1-432-191 | VA 1-432-258 | VA 1-432-695 | VA 1-433-001 |
| VA 1-432-192 | VA 1-432-259 | VA 1-432-697 | VA 1-433-002 |
| VA 1-432-193 | VA 1-432-260 | VA 1-432-699 | VA 1-433-003 |
| VA 1-432-194 | VA 1-432-261 | VA 1-432-701 | VA 1-433-005 |
| VA 1-432-195 | VA 1-432-262 | VA 1-432-704 | VA 1-433-007 |

**PERFECT 10'S COPYRIGHT REGISTRATIONS**

| | | | |
|---|---|---|---|
| VA 1-433-008 | VA 1-630-331 | VA 1-646-246 | VA 1-668-107 |
| VA 1-433-062 | VA 1-630-334 | VA 1-646-247 | VA 1-668-230 |
| VA 1-433-063 | VA 1-630-341 | VA 1-646-257 | VA 1-668-231 |
| VA 1-433-064 | VA 1-630-363 | VA 1-646-259 | VA 1-668-232 |
| VA 1-433-065 | VA 1-630-365 | VA 1-646-269 | VA 1-668-235 |
| VA 1-433-066 | VA 1-630-374 | VA 1-646-273 | VA 1-668-236 |
| VA 1-433-067 | VA 1-630-377 | VA 1-646-281 | VA 1-668-245 |
| VA 1-433-068 | VA 1-630-384 | VA 1-646-292 | VA 1-669-420 |
| VA 1-433-069 | VA 1-630-387 | VA 1-646-300 | VA 1-669-441 |
| VA 1-433-070 | VA 1-630-389 | VA 1-646-305 | VAU 671-253 |
| VA 1-433-071 | VA 1-631-228 | VA 1-646-312 | VAu 702-953 |
| VA 1-433-074 | VA 1-631-229 | VA 1-646-315 | VAu 735-092 |
| VA 1-433-075 | VA 1-631-232 | VA 1-651-767 | VAu 735-093 |
| VA 1-433-076 | VA 1-631-235 | VA 1-664-328 | VAU 735-094 |
| VA 1-433-077 | VA 1-631-242 | VA 1-664-331 | VAU 735-098 |
| VA 1-433-078 | VA 1-631-244 | VA 1-664-342 | VAU 735-099 |
| VA 1-433-079 | VA 1-631-247 | VA 1-664-344 | |
| VA 1-433-080 | VA 1-631-250 | VA 1-667-297 | |
| VA 1-433-081 | VA 1-631-253 | VA 1-667-585 | |
| VA 1-433-082 | VA 1-631-255 | VA 1-667-593 | |
| VA 1-433-083 | VA 1-631-257 | VA 1-667-595 | |
| VA 1-433-086 | VA 1-631-261 | VA 1-667-601 | |
| VA 1-433-087 | VA 1-641-518 | VA 1-667-605 | |
| VA 1-433-088 | VA 1-641-522 | VA 1-667-609 | |
| VA 1-433-089 | VA 1-645-629 | VA 1-667-612 | |
| VA 1-433-090 | VA 1-645-643 | VA 1-667-615 | |
| VA 1-433-091 | VA 1-645-655 | VA 1-668-082 | |
| VA 1-433-092 | VA 1-645-667 | VA 1-668-083 | |
| VA 1-433-093 | VA 1-645-681 | VA 1-668-084 | |
| VA 1-625-653 | VA 1-645-711 | VA 1-668-085 | |
| VA 1-628-766 | VA 1-645-712 | VA 1-668-086 | |
| VA 1-628-767 | VA 1-645-714 | VA 1-668-087 | |
| VA 1-628-769 | VA 1-645-715 | VA 1-668-088 | |
| VA 1-628-773 | VA 1-645-720 | VA 1-668-089 | |
| VA 1-629-329 | VA 1-646-201 | VA 1-668-090 | |
| VA 1-629-369 | VA 1-646-211 | VA 1-668-094 | |
| VA 1-629-373 | VA 1-646-216 | VA 1-668-096 | |
| VA 1-629-378 | VA 1-646-223 | VA 1-668-099 | |
| VA 1-629-382 | VA 1-646-232 | VA 1-668-101 | |
| VA 1-629-765 | VA 1-646-239 | VA 1-668-103 | |