1  Eric J. Benink, Esq., SBN 187434
   eric@kkbs-law.com
2  KRAUSE KALFAYAN BENINK & SLAVENS, LLP
3  550 West C Street, Suite 530
   San Diego, CA  92101
4  (619) 232-0331 (ph)
   (619) 232-4019 (fax)
5

6  Lynell D. Davis, Esq., SBN 271152
   lynell@perfect10.com
7  PERFECT 10, INC.
   11803 Norfield Court
8  Los Angeles, CA 90077
   (310) 476-8231 (ph)
9  (310) 476-0700 (fax)

10 Attorneys for Plaintiff
11
                    UNITED STATES DISTRICT COURT
12
                    CENTRAL DISTRICT OF CALIFORNIA
13

14

15 PERFECT 10, INC., a California       Case No. 2:14-CV-05969
   corporation,
16                                      **NOTICE OF FEES PAID**
           Plaintiff,
17
        v.
18
19 OVH SAS, a French Company;
   HEBERGEMENT OVH INC, a
20 Canadian corporation; and DOES 1
   through 100, inclusive,
21
           Defendants.
22

23

24

25

26

27

28
                            NOTICE OF FEES PAID

1        Plaintiff, Perfect 10, Inc., previously opened an electronic civil case under
2  the new "Pilot Project" and paid the civil fees due in the sum of $400.00 by
3  credit card.  After initiating the case online and paying the fees, errors were
4  generated on the CM/ECF site.  Attached hereto as Exhibit "A" is the receipt of
5  fees paid.

8  Dated:  July 30, 2014

                               KRAUSE KALFAYAN BENINK &
                               SLAVENS, LLP.

                               By _____
                                  Eric J. Benink,
                                  Attorneys for Plaintiff Perfect 10, Inc.

1
NOTICE OF FEES PAID