Eric J. Benink, Esq., SBN 187434
eric@kkbs-law.com
KRAUSE KALFAYAN BENINK & SLAVENS, LLP
550 West C Street, Suite 530
San Diego, CA 92101
(619) 232-0331 (ph)
(619) 232-4019 (fax)

Lynell D. Davis, Esq., SBN 271152
lynell@perfect10.com
PERFECT 10, INC.
11803 Norfield Court
Los Angeles, CA 90077
(310) 476-8231 (ph)
(310) 476-0700 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>OVH SAS, a French Company; HEBERGEMENT OVH INC, a Canadian corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:14-CV-05969<br><br>**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1.3** |

NOTICE OF RELATED CASES

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Perfect 10, Inc. hereby submits this notice of related cases pursuant to Local Rule 83-1.3.  The following previously-filed case appears to (a) call for the determination of the same or substantially related or similar questions of law and fact and (b) involve the same copyrights.  See L.R. 83-1.3(b) and (d).

> *Perfect 10, Inc. v. OCOM B.V.*, *et al.*
> Case No. 2:14-cv-00808-JFW-VBK
> Hon. John F. Walters

Specifically, both cases involve Perfect 10's allegations that web hosting companies are liable for copyright infringement occurring on websites they host and that they failed to process notices of copyright infringement.  Furthermore, Perfect 10 anticipates that the defendants in the present action will contest that the court has personal jurisdiction over them as the defendant did in *Perfect 10, Inc. v. OCOM B.V.*

Dated:  July 30, 2014

KRAUSE KALFAYAN BENINK & SLAVENS, LLP.

By _____
Eric J. Benink,
Attorneys for Plaintiff Perfect 10, Inc.

1
NOTICE OF RELATED CASES