Eric J. Benink, Esq., SBN 187434
eric@kkbs-law.com
KRAUSE KALFAYAN BENINK & SLAVENS, LLP
550 West C Street, Suite 530
San Diego, CA 92101
(619) 232-0331 (ph)
(619) 232-4019 (fax)

Lynell D. Davis, Esq., SBN 271152
lynell@perfect10.com
PERFECT 10, INC.
11803 Norfield Court
Los Angeles, CA 90077
(310) 476-8231 (ph)
(310) 476-0700 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>OVH SAS, a French Company; HEBERGEMENT OVH INC, a Canadian corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:14-CV-05969<br><br>**NOTICE OF PENDANCY OF OTHER ACTIONS** |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 83-1.4 Plaintiff Perfect 10, Inc. hereby states that there are no cases involving all or a material part of the subject matter in this action pending before any Court or other federal agency.

Dated: July 30, 2014

KRAUSE KALFAYAN BENINK & SLAVENS, LLP.

By _____
Eric J. Benink,
Attorneys for Plaintiff Perfect 10, Inc.