# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Perfect 10, Inc. | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 14-05969 R(FFMx) |
| v. | |
| OVH SAS et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES) |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

_____     _____
Date                                    United States District Judge

**TRANSFER ORDER DECLINED**

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

Different parties; case dismissed before any significant work performed therefore no substantial duplication of effort if heard by a different Judge.

August 6, 2014                           John F. Walter /s/
Date                                          United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   CV 14-00808 JFW(VBKx)   and the present case:

- [ ] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [ ] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery maters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because the documents are routed to the assigned judges by means of these initials

**TRANSFER ORDER DECLINED**

cc:  [ ] *Previous Judge*     [ ] *Statistics Clerk*

CV-34 (06/14)          ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03  (Related Cases)