QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Rachel Herrick Kassabian (Bar No. 191060)
    rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Facsimile:   (650) 801-5100

  Rachel Juarez (Bar No. 273133)
    racheljuarez@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Defendant Hebergement OVH Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>        Plaintiff,<br><br>   vs.<br><br>OVH SAS, a French Company; HEBERGEMENT OVH INC, a Canadian corporation; and DOES 1 through 100, inclusive,<br><br>        Defendant. | CASE NO. 2:14-CV-05969-R-FFM<br><br>Judge Manuel L. Real<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Date Complaint Served on Hebergement OVH Inc.:  Request for Waiver of Service of Summons on International Defendant Sent **9/22/14** and Subsequently Returned<br><br>Response Currently Due:  **12/22/14**<br><br>New Stipulated Response Date:  **1/21/15** |

Plaintiff Perfect 10, Inc ("Plaintiff") and Defendant Hebergement OVH Inc., by and through their respective attorneys, hereby submit this Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days, pursuant to Central District of California Local Rule 8-3:

WHEREAS, a request for a Waiver of Service of Summons pursuant to Federal Rule of Civil Procedure 4 has been deemed by the parties to have been sent to Defendant Hebergement OVH Inc. on September 22, 2014; and

WHEREAS, Defendant Hebergement OVH Inc. executed and returned the Waiver of Service of Summons to Plaintiff on October 13, 2014; and

WHEREAS, Defendant Hebergement OVH Inc. is a Canadian Corporation located outside of the United States; and

WHEREAS, pursuant to Rule 4 of the Federal Rules of Civil Procedure, Defendant Hebergement OVH Inc.'s response to the initial complaint in this matter is currently due on December 22, 2014; and

WHEREAS, Plaintiff and Defendant Hebergement OVH Inc. have agreed that Defendant Hebergement OVH Inc. may have an additional 30 days to respond to the initial complaint; and

WHEREAS, an extension of 30 days to respond to the initial complaint continues the due date for Defendant Hebergement OVH Inc. to respond to the initial complaint to January 21, 2015; and

WHEREAS, pursuant to Local Rule 8-3 of the Central District of California, a stipulation to extend to a defendant's time to respond to an initial complaint by no more than 30 days does not require Court approval;

///
///
///
///
///

06160.00001/6366681.1

-2-   Case No. 2:14-CV-05969
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS
(L.R. 8-3)

IT IS HEREBY STIPULATED AND AGREED that Defendant Hebergement OVH Inc. may have until **January 21, 2015** to respond to the initial complaint.

DATED: December 11, 2014        QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Rachel Herrick Kassabian
Rachel Herrick Kassabian
Attorneys for Defendant Hebergement OVH Inc.

DATED: December 11, 2014        KRAUSE KALFAYAN BENINK & SLAVENS, LLP

By Eric Benink "By REJ with permission"
Eric Benink
Attorneys for Plaintiff Perfect 10, Inc.