QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Rachel Herrick Kassabian (Bar No. 191060)
  rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Rachel Juarez (Bar No. 273133)
  racheljuarez@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Hebergement OVH Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> OVH SAS, a French Company; HEBERGEMENT OVH INC., a Canadian corporation; and DOES 1 through 100, inclusive, <br><br> Defendant. | CASE NO. 2:14-CV-05969-R-FFM <br><br> Judge Manuel L. Real <br><br> **DEFENDANT HEBERGEMENT OVH INC.'S CERTIFICATE AND NOTICE OF INTERESTED PARTIES** |

TO THE CLERK OF THE ABOVE ENTITLED COURT, PLAINTIFF AND ITS ATTORNEYS OF RECORD:

Pursuant to Central District of California Local Rule 7.1-1, defendant Hebergement OVH Inc. certifies that the following entity may have a pecuniary interest in the outcome of this case. This representation is made to enable the Court to evaluate possible disqualification or recusal.

| **Entity** | **Connection** |
|---|---|
| OVH Holding Canada | Parent Company |

DATED: January 21, 2015

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _____
Rachel Herrick Kassabian
Attorneys for Defendant Hebergement OVH Inc.