1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Rachel Herrick Kassabian (Bar No. 191060)
2  rachelkassabian@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
3  Redwood Shores, California 94065
   Telephone:  (650) 801-5000
4  Facsimile:  (650) 801-5100

5  Rachel Juarez (Bar No. 273133)
   racheljuarez@quinnemanuel.com
6  865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
7  Telephone:  (213) 443-3000
   Facsimile:  (213) 443-3100

8  Attorneys for Defendant OVH SAS

9

10              UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  PERFECT 10, INC., a California corporation, | CASE NO. 2:14-CV-05969-R-FFM |
| 14 | Judge Manuel L. Real |
| 15  Plaintiff, | |
| 16  vs. | **DEFENDANT OVH SAS'S CERTIFICATE AND NOTICE OF INTERESTED PARTIES** |
| 17  OVH SAS, a French Company; HEBERGEMENT OVH INC., a Canadian corporation; and DOES 1 through 100, inclusive, | |
| 18 | |
| 19  Defendant. | |

20
21
22
23
24
25
26
27
28

TO THE CLERK OF THE ABOVE ENTITLED COURT, PLAINTIFF AND ITS ATTORNEYS OF RECORD:

Pursuant to Central District of California Local Rule 7.1-1, defendant OVH SAS certifies that the following entity may have a pecuniary interest in the outcome of this case. This representation is made to enable the Court to evaluate possible disqualification or recusal.

| Entity | Connection |
|---|---|
| OVH Groupe | Parent Company |

DATED: January 21, 2015

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Rachel Herrick Kassabian

Rachel Herrick Kassabian
Attorneys for Specially Appearing
Defendant OVH SAS