1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Rachel Herrick Kassabian (Bar No. 191060)
2  rachelkassabian@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
3  Redwood Shores, California 94065
   Telephone:  (650) 801-5000
4  Facsimile:   (650) 801-5100

5  Rachel Juarez (Bar No. 273133)
   racheljuarez@quinnemanuel.com
6  865 South Figueroa Street, 10th Floor
   Los Angeles, California  90017-2543
7  Telephone:  (213) 443-3000
   Facsimile:   (213) 443-3100

8
   Attorneys for Defendants OVH SAS and
9  Hebergement OVH Inc.

10
                    UNITED STATES DISTRICT COURT
11
                   CENTRAL DISTRICT OF CALIFORNIA
12

13
   PERFECT 10, INC., a California         CASE NO. 2:14-CV-05969-R-FFM
14 corporation,
                                          Judge Manuel L. Real
15            Plaintiff,
                                          **JOINT STIPULATION
16      vs.                               REQUESTING MODIFIED
                                          BRIEFING SCHEDULE ON
17 OVH SAS, a French Company;             DEFENDANTS' MOTION TO
   HEBERGEMENT OVH INC, a                 DISMISS THE COMPLAINT
18 Canadian corporation; and DOES 1       PURSUANT TO FED. R. CIV. P.
   through 100, inclusive,                12(B)(2) & 12(B)(6)**
19
              Defendant.
20                                        Motion Filed: January 21, 2015

21                                        Hearing Date: March 2, 2015

Case No. 2:14-CV-05969
JOINT STIPULATION REQUESTING MODIFIED BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS COMPLAINT

Plaintiff Perfect 10, Inc. and Defendants OVH SAS and Hebergement OVH Inc., by and through their respective attorneys, hereby submit this Joint Stipulation Requesting a Modified Briefing Schedule on Defendants' Motion to Dismiss the Complaint, as follows:

WHEREAS, Defendants filed a motion to dismiss Plaintiff's complaint on January 21, 2015, which is currently set for hearing on March 2, 2015;

WHEREAS, Plaintiff requests additional time to file its opposition papers;

WHEREAS, Defendants OVH SAS and Hebergement OVH Inc. request additional time to file their reply papers, including because as foreign corporations headquartered in Roubaix, France and Quebec, Canada, respectively, the process of communicating with counsel and preparing reply papers across different time zones imposes additional delays and time constraints;

WHEREAS, the parties have met and conferred regarding their respective requests for additional time to complete the above-referenced briefing, and have agreed on a modified briefing schedule;

WHEREAS; the parties agree that, if the Court deems it necessary to continue the hearing date on Defendants' motion to dismiss from March 2, 2015 to March 16, 2015 in order to accommodate the requested changes to the briefing schedule, all parties consent to such continuance;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED that, pending the Court's approval, the parties hereby request the following modification to the briefing schedule on Defendants' motion to dismiss:

| Event | Current Due Date | Proposed New Due Date |
|---|---|---|
| Plaintiff's Opposition to Defendants' Motion to Dismiss | February 9, 2015 | February 11, 2015 |

| Defendants' Reply In Support of Motion to Dismiss | February 16, 2015 | February 23, 2015 |
|---|---|---|
| Hearing on Defendants' Motion to Dismiss | March 2, 2015 | March 2 or 16, 2015 (whichever date the Court prefers) |

Accompanying this Joint Stipulation is a proposed order reflecting the modified briefing schedule requested above.

Respectfully submitted,

DATED: January 23, 2015           QUINN EMANUEL URQUHART & SULLIVAN, LLP

By *Rachel Herrick Kassabian*
Rachel Herrick Kassabian
Attorneys for Defendants OVH SAS and Hebergement OVH Inc.

DATED: January 23, 2015           KRAUSE KALFAYAN BENINK & SLAVENS, LLP

By
Eric Benink
Attorneys for Plaintiff Perfect 10, Inc.