# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Perfect 10, Inc., <br><br> v. <br><br> OVH SAS et al., <br><br> PLAINTIFF(S) / DEFENDANT(S). | **CASE NUMBER** <br><br> CV14-05969 R (FFMx) <br><br> **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03 (RELATED CASES)** |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 14-03.

_February 6, 2015_           _André Birotte Jr   /s/_
Date                                           United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____          _____
Date                                          United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _CV11-7098 AB (SHx)_ and the present case:

- [x] A.  Arise from the same or closely related transactions, happenings or events; or
- [x] B.  Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D.  Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery maters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _Frederick F. Mumm_ to Magistrate Judge _Stephen J. Hillman_.

On all documents subsequently filed in this case, please substitute the initials _AB (SHx)_ after the case number in place of the initials of the prior judge, so that the case number will read _CV14-05969 AB (SHx)_. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [x] _Previous Judge_     [ ] Statistics Clerk

CV-34 (06/14)         **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 14-03  (Related Cases)**