UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 14-05969 AB (SHx) | Date: | February 6, 2015 |
|---|---|---|---|

| Title: | *Perfect 10, Inc. v. OVH SAS, et al.* |
|---|---|

| Present: The Honorable | ANDRÉ BIROTTE JR. | |
|---|---|---|
| Carla Badirian | | N/A |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| None Appearing | | None Appearing |

**Proceedings:**   [In Chambers] Order DENYING Defendants' Motion to Dismiss as MOOT (Dkt. No. 16)

Pending before this Court is Defendant OVH SAS' and Defendant Hebergement OVH, Inc.'s joint motion to dismiss Plaintiff's original Complaint. (Dkt. No. 16.) After Defendants filed their motion to dismiss, Plaintiff filed a First Amended Complaint ("FAC") as a matter of right pursuant to Federal Rule of Civil Procedure 15(a)(1)(B). (Dkt. No. 24.) "[A]n amended complaint supersedes the original, the latter being treated thereafter as non-existent." *Valadez-Lopez v. Chertoff*, 656 F.3d 851, 857 (9th Cir. 2011) (internal quotes omitted). In light of the newly-filed FAC, Defendants' joint motion to dismiss the now-inoperative Complaint is **MOOT**, and the Court **DENIES** Defendants' motion to dismiss the original Complaint. (Dkt. No. 16.)

Pursuant to Federal Rule of Civil Procedure 78(b) and Local Rule 7-15, the Court finds this matter appropriate for determination without oral argument, and the hearing previously scheduled for March 2, 2015 at 10:00 a.m. is hereby **VACATED**.