Eric J. Benink, Esq., SBN 187434
eric@kkbs-law.com
KRAUSE KALFAYAN BENINK & SLAVENS, LLP
550 West C Street, Suite 530
San Diego, CA 92101
(619) 232-0331 (ph)
(619) 232-4019 (fax)

Lynell D. Davis, Esq., SBN 271152
lynell@perfect10.com
Natalie Locke, Esq., SBN 261363
natalie@perfect10.com
PERFECT 10, INC.
11803 Norfield Court
Los Angeles, CA 90077
(310) 476-8231 (ph)
(310) 476-0700 (fax)

Attorneys for Plaintiff

.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>*Plaintiff*,<br><br>vs.<br><br>OVH Groupe, a French company; OVH SAS, a French Company; Hebergement OVH Inc. a Canadian corporation; and DOES 1 through 10, inclusive,<br><br>*Defendants*. | CASE NO. 2:14-CV-05969-AB-SH<br><br>Judge André Birotte Jr.<br><br>**JOINT STIPULATION RE: DISMISSAL OF DIRECT INFRINGEMENT CLAIMS** |

Plaintiff Perfect 10, Inc. ("Plaintiff") and Defendants OVH SAS, OVH Groupe, and Hebergement OVH Inc. ("Defendants"), by and through their respective attorneys, hereby submit this Joint Stipulation re: Dismissal of Direct Infringement Claims:

WHEREAS, Plaintiff seeks to dismiss the direct infringement claims alleged against Defendants in the First Amended Complaint ("FAC"); and

WHEREAS, in order to effectuate this dismissal, Plaintiff seeks to withdraw the following allegations in the FAC:

1) Paragraph 42 in its entirety;

2) Paragraph 43 in its entirety; and

3) The phrase "Directly or" in the Prayer for Relief at page 14, ln. 28; and

WHEREAS, Defendants do not oppose the withdrawal of said allegations, nor the dismissal of said claims.

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED that, pending the Court's approval, Plaintiff's direct infringement claims alleged against Defendants shall be deemed dismissed with prejudice, and the above-referenced allegations are deemed stricken from the FAC. A proposed order approving this dismissal is submitted herewith.

DATED: March 5, 2015

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By _____
Rachel Herrick Kassabian
Attorneys for Defendants OVH SAS,
OVH Groupe and Hebergement OVH Inc.

DATED: March 5, 2015

KRAUSE KALFAYAN BENINK & SLAVENS, LLP

By _____
Eric Benink
Attorneys for Plaintiff Perfect 10, Inc.