UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>*Plaintiff*,<br><br>vs.<br><br>OVH Groupe, a French company, OVH SAS, a French Company; Hebergement OVH Inc. a Canadian corporation; and DOES 1 through 10, inclusive,<br><br>*Defendants*. | CASE NO. 2:14-cv-05969-AB-SH<br><br>Judge André Birotte Jr.<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND DISMISSING WITH PREJUDICE PERFECT 10'S DIRECT INFRINGEMENT CLAIMS** |

1  The Court, having considered the parties' Joint Stipulation re: Dismissal of Direct Infringement Claims, filed March 5, 2015, and good cause appearing therefore, HEREBY ORDERS as follows:

1. Plaintiff Perfect 10, Inc.'s direct infringement claims against Defendants OVH SAS, OVH Groupe and Hebergement OVH, Inc. are hereby dismissed with prejudice.

2. The following allegations in the First Amended Complaint (Docket No. 24) are hereby stricken:

   a. Paragraph 42 in its entirety;

   b. Paragraph 43 in its entirety; and

   c. The phrase "Directly or" in the Prayer For Relief, at page 14, ln. 28.

IT IS SO ORDERED.

DATED:   March 6, 2015

_____
Honorable André Birotte Jr.
UNITED STATES DISTRICT JUDGE