QUINN EMANUEL URQUHART & SULLIVAN, LLP
Rachel Herrick Kassabian (Bar No. 191060)
rachelkassabian@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Rachel Juarez (Bar No. 273133)
racheljuarez@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Defendants OVH SAS, OVH Groupe and Hebergement OVH, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PERFECT 10, INC., a California corporation,

*Plaintiff*,

vs.

OVH Groupe, a French company; OVH SAS, a French Company; Hebergement OVH Inc. a Canadian corporation; and DOES 1 through 10, inclusive,

*Defendants*.

CASE NO. 2:14-CV-05969-AB-SH

**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR RENEWED MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Date: April 6, 2015
Time: 10:00 A.M.
Place: Courtroom 4 – 2nd Floor
Judge: Hon. André Birotte Jr.

**REQUEST FOR JUDICIAL NOTICE**

In support of their renewed Motion to Dismiss Perfect 10, Inc's First Amended Complaint, Defendants OVH Groupe, OVH SAS and Hebergement OVH Inc. a/k/a OVH Hosting, Inc. (collectively, "the OVH Defendants") hereby request that the Court take judicial notice of the locations and registered owners of the servers hosting the domain names referenced in the First Amended Complaint. This request is made pursuant to Rule 201 of the Federal Rules of Evidence and the authorities cited herein.

Under Federal Rule of Evidence 201(b), "[t]he court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201. When supplied with the necessary information to demonstrate accuracy, judicial notice is mandatory. Fed. R. Evid. 201(d). Additionally, the doctrine of incorporation by reference permits a court to take judicial notice of materials that are referenced in a complaint or that serve as the basis for a plaintiff's claim. *See United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003). Judicial notice is appropriate "at any stage of the proceeding," Fed. R. Evid. 201(d), including on motions to dismiss. *Swartz v. KPMG LLP*, 476 F.3d 756, 763 (9th Cir. 2007) ("In ruling on a 12(b)(6) motion, a court may generally consider only allegations contained in the pleadings, exhibits attached to the complaint, and matters properly subject to judicial notice."); *Lee v. City of Los Angeles*, 250 F.3d 668, 688-689 (9th Cir. 2001) (district court may take judicial notice of matters of public record on a motion to dismiss).

Thus, for example, courts may take judicial notice of matters of general knowledge, including basic operations of the Internet. *See, e.g., Perfect 10, Inc. v. Giganews, Inc.*, No. CV-11-07098, 2013 WL 2109963, at *1 (C.D. Cal. Mar. 8, 2013) (on motion to dismiss, taking judicial notice of technical functioning of the

USENET). Courts can also take judicial notice of the physical locations and registered owners of the servers hosting domain names, as referenced in publicly available domain lookup tools. *See, e.g., Columbia Pictures Indus., Inc. v. Fung*, No. CV 06-5578, 2009 WL 6355911, at *9 n. 16 (C.D. Cal. Dec. 21, 2009) *aff'd in part as modified*, 710 F.3d 1020 (9th Cir. 2013) (noting that neither side disputed that using internet protocol address lookup tools to determine physical location of a computer is highly accurate); *S. Grouts & Mortars, Inc. v. 3M Co.*, No. 07-61388-CIV, 2008 WL 4346798, at *16 (S.D. Fla. Sept. 17, 2008) *aff'd*, 575 F.3d 1235, 1248-49 (11th Cir. 2009) ("Using the same services available to SGM, namely a whois.net search of domain name registrations and the Google search engine, the Court will take judicial notice that several of the domain names listed by SGM are either not registered to 3M, or have an obviously legitimate connection to 3M.").

The Internet Corporation for Assigned Names and Numbers ("ICANN"), a private non-profit corporation created at the behest of and overseen by the U.S. Department of Commerce, works to maintain the operational stability of the Internet and provide public information regarding Internet infrastructure. *See generally*, *Register.com, Inc. v. Verio, Inc.*, 356 F.3d 393, 412-15 (2d Cir. 2004) (appendix to opinion). ICANN requires public disclosure of certain information regarding domain names' registration and operation, including the IP addresses of the servers that host the domain. *See id.* at 416-18. The required public contact information about end-users who register and operate domain names is known as WHOIS data; the required public information about domain names and IP addresses is known as DNS data. *See id.* at 409-11. Various companies, such as www.domaintools.com, compile these public records into searchable databases.

Because Ninth Circuit law holds that the location of the hosting server is the situs of the alleged direct copyright infringement, at least one California federal court previously has accepted the use of domain name lookup tools in order to identify the physical location of the servers hosting allegedly infringing content, for

purposes of determining extraterritoriality. *See Perfect 10, Inc. v. Yandex N.V.*, 962 F. Supp. 2d 1146, 1157-58 (N.D. Cal. 2013), as amended (Sept. 6, 2013) ("Using the same geo-location tools used by Perfect 10, Yandex demonstrates that the third-parties hosting the 50,000 full-sized images are extraterritorial[.]")

Perfect 10 alleges in its First Amended Complaint that there are 19 websites on which various third parties host infringing photos stored on servers owned by one of the OVH Defendants: celeb.to, celebforum.to, daily-ladies.com, gallery-dump.com, erooups.com, gophoto.us, hatuncenter.net, imagechunk.com, sualize.us, imgmaster.net, imagerise.com, ohfree.net, pixhost.org, pixhub.eu, redblow.com, subirporno.com, tuxboard.com, visualizeus.com, and wallpaperpanda.com. *See* First Amended Complaint ¶ 33. Because these website domains have been incorporated by reference by Perfect 10, and the location and ownership of the servers hosting these domains are matters of public record, the OVH Defendants respectfully request that the Court take judicial notice of this information, as set forth in the following exhibits:

1. **Exhibit A** is a true and correct copy of the domaintools.com database record for celeb.to, procured on February 18, 2015. It shows that celeb.to is hosted on an OVH SAS server in Rosheim, France.

2. **Exhibit B** is a true and correct copy of the domaintools.com database record for celebforum.to, procured on February 18, 2015. It shows that celebforum.to is hosted on an OVH SAS server in Rosheim, France.

3. **Exhibit C** is a true and correct copy of the domaintools.com database record for daily-ladies.com, procured on February 18, 2015. It shows that daily-ladies.com is hosted on an OVH SAS server in Roubaix, France.

4. **Exhibit D** is a true and correct copy of the domaintools.com database record for gallery-dump.com, procured on March 6, 2015. It shows that gallery-dump.com resolves to Cloudflare, Inc. servers in Singapore.

5. **Exhibit E** is a true and correct copy of the historical domain name

record for gallery-dump.com, procured on February 18, 2015 from the domaintools.com database. It shows each of the server IP addresses that gallery-dump.com has been hosted at throughout its existence, and includes IP addresses 188.165.210.176, 213.186.33.18, 176.31.248.210, and 46.105.62.193.

6. **Exhibit F** is a true and correct copy of the domaintools.com database records for IP addresses 188.165.210.176, 213.186.33.18, 176.31.248.210, and 46.105.62.193, procured on February 18, 2015. These IP Addresses are associated with OVH SAS servers in Roubaix, France and Paris, France.

7. **Exhibit G** is a true and correct copy of the domaintools.com database record for erooups.com, procured on February 18, 2015. It shows that erooups.com is hosted on an OVH SAS server in Paris, France.

8. **Exhibit H** is a true and correct copy of the domaintools.com database record for gophoto.us, procured on February 18, 2015. It shows that gophoto.us is hosted on an OVH SAS server in Ahun, France.

9. **Exhibit I** is a true and correct copy of the domaintools.com database record for hatuncenter.net, procured on February 18, 2015. It shows that hatuncenter.net is hosted on servers owned by Confluence Networks, Inc.

10. **Exhibit J** is a true and correct copy of the historical domain name record for hatuncenter.net, procured on February 18, 2015from the domaintools.com database. It shows each of the server IP addresses that hatuncenter.net has been hosted at throughout its existence, one of which is IP address 87.98.241.49.

11. **Exhibit K** is a true and correct copy of the domaintools.com database record for IP address 87.98.241.49, procured on February 19, 2015. IP Address 87.98.241.49 is associated with an OVH SAS server in Paris, France.

12. **Exhibit L** is a true and correct copy of the domaintools.com database record for imagechunk.com, procured on February 18, 2015. It shows that imagechunk.com is hosted on servers owned by Trellian Pty Ltd.

13. **Exhibit M** is a true and correct copy of the historical domain name

record for imagechunk.com, procured on February 19, 2015 from the domaintools.com database. It shows each of the server IP addresses that imagechunk.com has been hosted at throughout its existence, one of which is IP address 5.135.141.32.

14. **Exhibit N** is a true and correct copy of the domaintools.com database record for IP address 5.135.141.32, procured on February 19, 2015. IP Address 5.135.141.32 is associated with an OVH SAS server in Roubaix, France.

15. **Exhibit O** is a true and correct copy of the domaintools.com database record for sualize.us, procured on February 18, 2015. It shows that sualize.us is hosted on an OVH Hosting Inc. server in Beauharnois, Quebec, Canada.

16. **Exhibit P** is a true and correct copy of the domaintools.com database record for imgmaster.net, procured on February 18, 2015. It shows that imgmaster.net is hosted on an OVH SAS server in Roubaix, France.

17. **Exhibit Q** is a true and correct copy of the domaintools.com database record for imagerise.com, procured on February 18, 2015. It shows that imagerise.com is not an active website.

18. **Exhibit R** is a true and correct copy of the historical domain name record for imagerise.com, procured on February 19, 2015 from the domaintools.com database. It shows each of the server IP addresses that imagerise.com has been hosted at throughout its existence, and includes IP addresses 91.121.100.36, 94.23.6.75, 94.23.33.217, 94.23.201.10, and 188.165.254.100.

19. **Exhibit S** is a true and correct copy of the domaintools.com database records for IP addresses 91.121.100.36, 94.23.6.75, 94.23.33.217, 94.23.201.10, and 188.165.254.100, procured on February 19, 2015. These IP Addresses are associated with OVH SAS servers in Roubaix, France and Paris, France.

20. **Exhibit T** is a true and correct copy of the domaintools.com database record for ohfree.net, procured on March 6, 2015. It shows that ohfree.net resolves to Cloudflare, Inc. servers in Singapore.

21. **Exhibit U** is a true and correct copy of a historical domain name record for ohfree.net, procured on March 9, 2015 from the domaintools.com database. It shows each of the server IP addresses that ohfree.net has been hosted at throughout its existence, one of which is IP address 198.245.63.171.

22. **Exhibit V** is a true and correct copy of the domaintools.com database record for IP address 198.245.63.171, procured on February 19, 2015 from the domaintools.com database. IP Address 198.245.63.171 is associated with an OVH Hosting Inc. server in Beauharnois, Quebec, Canada.

23. **Exhibit W** is a true and correct copy of the domaintools.com database record for pixhost.org, procured on February 18, 2015. It shows that pixhost.org is hosted on an OVH SAS server in Gravelines, France.

24. **Exhibit X** is a true and correct copy of the domaintools.com database record for pixhub.eu, procured on February 18, 2015. It shows that pixhub.eu is hosted on an OVH SAS server in Roubaix, France.

25. **Exhibit Y** is a true and correct copy of the domaintools.com database record for redblow.com, procured on February 18, 2015. It shows that redblow.com is hosted on an OVH SAS server in Gravelines, France.

26. **Exhibit Z** is a true and correct copy of the domaintools.com database record for subirporno.com, procured on February 18, 2015. It shows that subirporno.com is hosted on an OVH SAS server in Roubaix, France.

27. **Exhibit AA** is a true and correct copy of the domaintools.com database record for tuxboard.com, procured on February 18, 2015. It shows that tuxboard.com is hosted on an OVH SAS server in Paris, France.

28. **Exhibit BB** is a true and correct copy of the domaintools.com database record for visualizeus.com, procured on February 18, 2015. It shows that visualizeus.com is hosted on an OVH Hosting Inc. server in Beauharnois, Quebec, Canada.

29. **Exhibit CC** is a true and correct copy of the domaintools.com database

record for wallpaperpanda.com, procured on February 18, 2015. It shows that wallpaperpanda.com is hosted on an OVH Hosting Inc. server in Beauharnois, Quebec, Canada.

Respectfully submitted,

DATED: March 9, 2015

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By /s/ Rachel Juarez

Rachel Juarez
Attorneys for Defendants OVH SAS, OVH Groupe and Hebergement OVH, Inc.