Eric J. Benink, Esq., SBN 187434
eric@kkbs-law.com
KRAUSE KALFAYAN BENINK & SLAVENS, LLP
550 West C Street, Suite 530
San Diego, CA 92101
(619) 232-0331 (ph)
(619) 232-4019 (fax)

Lynell D. Davis, Esq., SBN 271152
lynell@perfect10.com
PERFECT 10, INC.
11803 Norfield Court
Los Angeles, CA 90077
(310) 476-8231 (ph)
(310) 476-0700 (fax)

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>*Plaintiff*,<br><br>vs.<br><br>OVH Groupe, a French company; OVH SAS, a French Company; Hebergement OVH Inc. a Canadian corporation; and DOES 1 through 10, inclusive,<br><br>*Defendants*. | CASE NO. 2:14-CV-05969-AB-SH<br><br>Judge André Birotte Jr.<br><br>**JOINT STIPULATION RE: DISMISSAL OF ACTION WITH PREJUDICE** |

Plaintiff Perfect 10, Inc. and Defendants OVH SAS, OVH Groupe, and Hebergement OVH, Inc., by and through their respective attorneys, stipulate that this entire action shall be, and hereby is, voluntarily dismissed with prejudice. This dismissal is not pursuant to a settlement. Each party shall bear its own attorney's fees and costs.

DATED: April 1, 2015         QUINN EMANUEL URQUHART &
                             SULLIVAN, LLP


                             By _Rachel Herrick Kassabian_
                                Rachel Herrick Kassabian
                                Attorneys for Defendants OVH SAS,
                                OVH Groupe and Hebergement OVH Inc.


DATED: April_1_, 2015        PERFECT 10, INC.


                             By _Lynell D. Davis_
                                Lynell D. Davis
                                Attorney for Plaintiff Perfect 10, Inc.

-2-                                            Case No. 2:14-CV-05969
JOINT STIPULATION RE: DISMISSAL OF ACTION WITH PREJUDICE